# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLIE GRIGG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　Defendant. | CASE NO. 4:21-cv-03124-JFB-SMB<br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

　　　　Pursuant to Fed. R. Civ. P. 56, Defendant Union Pacific Railroad Company ("Union Pacific") moves the Court for an Order granting it summary judgment on each of Plaintiff Charlie Grigg's ("Grigg") claims set forth in his Amended Complaint (Filing No. 48). Defendant states that the pleadings and exhibits show that there is no genuine issue as to any material fact with respect to these claims and that Union Pacific is entitled to judgment as a matter of law because Grigg failed to exhaust his administrative remedies and the doctrine of Primary Jurisdiction warrants dismissal.

　　　　In support of this motion, Union Pacific submits its Brief in Support of Motion for Summary Judgment, and Statement of Undisputed Material Facts, as well as the accompanying exhibits.

　　　　WHEREFORE, Union Pacific requests that this Court grant it summary judgment with respect to each of Grigg's claims, dismiss the Amended Complaint with prejudice, award Union Pacific its attorneys' fees and costs, and provide any further relief the Court deems just and proper.

Dated this 1st day of August, 2022.

        UNION PACIFIC RAILROAD COMPANY, Defendant

        BAIRD HOLM, LLP

        */s/Scott P. Moore*
        Scott Parrish Moore, (Bar No. 20752)
        Allison D. Balus, (Bar No. 23270)
        David P. Kennison (Bar No. 25510)
        Mark Goldsmith (Bar No. 26429)
        1700 Farnam Street
        Suite 1500
        Omaha, NE 68102-2068
        Phone: 402-344-0500

        CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

        Robert L. Ortbals, Jr., Mo. Bar No. 55640
        Katie M. Rhoten, Mo. Bar No. 69287
        7733 Forsyth Blvd., Suite 1325
        St. Louis, Missouri 63105
        Telephone: (314) 925-7270
        Facsimile: (314) 925-7278
        rortbals@constangy.com
        krhoten@ constangy.com

        Virginia L. Woodfork, #50593
        600 17th Street, Ste. 2700-S
        Denver, CO 80202
        Telephone: 720.343.7572
        Facsimile: 720.343.7573
        vwoodfork@constangy.com

        Darrick L. McDuffie, Ga. Bar No. 490248
        230 Peachtree Street, N.W., Ste. 240
        Atlanta, Georgia 30303
        Telephone: (404) 525.8622
        Facsimile: (404) 525.6955
        dmcduffie@constangy.com

        **Attorneys for Defendant Union Pacific Railroad Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Adam W. Hansen
Colin R. Reeves
Corey L. Stull
Nicholas Thompson

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

/s/Scott P. Moore