IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLIE GRIGG,<br><br>                Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>                Defendant. | **4:21CV3124** |
| CHARLES WALDSCHMIDT,<br><br>                Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>                Defendant. | **8:22CV210** |

      This matter is before the Court on the unopposed motions for consolidation and joinder filed in the above-captioned cases. (Case No. 4:21CV3124, Filing No. 77; Case No. 8:22CV210, Filing No. 88).

      Upon consideration,

      **IT IS ORDERED:**

      1.     The unopposed motions for consolidation and joinder filed in the above-captioned cases (Case No. 4:21CV3124, Filing No. 77; Case No. 8:22CV210, Filing No. 88) are granted.

      2.     For purposes of consolidation, Case No. 4:21CV3124 is designated as the "Lead Case." Case No. 8:22CV210 is designated as the "Member Case." Additional filings made by the parties in this consolidated litigation shall be made in the Lead Case, unless otherwise ordered by the Court.

3. The cases are hereby referred to Senior United States District Court Judge Joseph F. Bataillon for re-assignment as he deems appropriate.

4. Charles Waldschmidt is hereby joined as a co-plaintiff in Case No. 4:21CV3124.

5. For good cause shown, Plaintiff Charlie Grigg is granted leave to file an amended complaint in Case No. 4:21CV3124. Plaintiff Charlie Grigg shall file his proposed amended complaint, which identifies Charles Waldschmidt as a co-plaintiff, by August 23, 2022.

6. The parties shall meet and confer and submit proposed case progression deadlines to bazis@ned.uscourts.gov by August 26, 2022.

Dated this 19th day of August, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge