IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES WALDSCHMIDT, and NANCY POLLARD, as Personal representative of the estate of Charlie Grigg;<br><br>        Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>        Defendant. | 4:21CV3124<br><br>8:22CV210<br><br><br>ORDER |

IT IS ORDERED:

1) Plaintiff's Unopposed Motion to File Under Seal is granted in part and denied in part. (Filing No. 176 in Case No. 4:21cv3124; Filing No. 183 in 8:22cv210). The documents containing confidential and sensitive medical information will be designated as restricted access documents rather than sealed and will be accessible to case participants and the court.

2) The Clerk shall set the access level for Filing Nos. 178 through 190 in Case No. 4:21cv3124, and Filing Nos. 185-197 in Case No. 8:22cv210 as **restricted** rather than sealed, and regenerate the notice of electronic filing for these documents.

3) Plaintiffs' Unopposed Motion to Exceed the Word Limit is granted. (Filing No. 192 in Case No. 4:21cv3124; Filing No. 199 in Case No. 8:22cv210).

Dated this 14th day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge