IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES GRIGG, and<br>CHARLES WALDSCHMIDT,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>                    Defendant. | 4:21CV3124<br>8:22CV210<br><br>**FIFTH AMENDED FINAL<br>PROGRESSION ORDER** |

    This matter is before the court on Plaintiffs' Unopposed Motion to Extend Time to Make Expert Disclosures. (Filing No. 194 in Case No. 4:21cv3124; Filing No. 201 in 8:22cv210). For good cause shown, that motion is granted.

    IT IS ORDERED that the final progression order is amended as follows:

1) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For the plaintiff(s): | June 6, 2025. |
   | For the defendant(s): | June 20, 2025. |
   | Plaintiff(s)' rebuttal: | July 7, 2025. |

2) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report and previous Final Progression Order that are not inconsistent with this order.

3) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 21st day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge