# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-8008
_____

Nancy Pollard, as Personal representative of estate of Charlie Grigg; Charles Waldschmidt

Respondents

v.

Union Pacific Railroad Co.

Petitioner

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:21-cv-03124-JFB)

_____

**JUDGMENT**

Before GRUENDER, ERICKSON and GRASZ, Circuit Judges.

    Petitioner's motion for leave to file a reply to the response in opposition to the petition for permission to appeal is granted.

    The petition for permission to appeal under Federal Rule of Civil Procedure 23(f) is denied. This court's mandate shall issue forthwith.

October 31, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Susan E. Bindler