# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-8008

Nancy Pollard, as Personal representative of estate of Charlie Grigg and Charles Waldschmidt

Respondents

v.

Union Pacific Railroad Co.

Petitioner

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:21-cv-03124-JFB)

---

**MANDATE**

In accordance with the judgment of October 31, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 31, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit