IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHARLES WALDSCHMIDT, and NANCY POLLARD, as Personal representative of CHARLIE GRIGG;

Plaintiffs,

vs.

UNION PACIFIC RAILROAD CO.,

Defendant.

4:21CV3124
8:22CV210

ORDER

WHEREAS, Plaintiffs Nancy Pollard and Charles Waldschmidt and Defendant Union Pacific Railroad Company (collectively "Parties") entered into a Settlement Agreement on April 22, 2026, Filing No. 356, which, together with the exhibits thereto, Filing No. 358, sets forth the terms and conditions for a proposed resolution of this Action and for its dismissal with prejudice;

WHEREAS, this Court has reviewed the Settlement entered into by the Parties, all exhibits thereto, the record in this case, and the Parties' arguments;

Good cause appearing, it is hereby ordered as follows:[1]

**Notice to the Class**

1.      The Court approves the notice plan contained in the Settlement Agreement and the Class Notice attached as Exhibit C to the Settlement Agreement. The Court finds that the dissemination of the Class Notice substantially in the manner and form set forth in the Settlement Agreement meets the requirements of Federal Rule of Civil Procedure 23 and due process, constitutes the best notice practicable under the circumstances, and

---

[1] All terms and definitions used herein have the same meanings as set forth in the Settlement Agreement.

1

is reasonably calculated, under the circumstances, to apprise members of the Class of the pendency of the Action, the effect of the proposed Settlement (including the release contained therein), the anticipated motion for Attorney's Fees and Costs Award and for Case Contribution Awards, and their rights to participate in or object to any aspect of the proposed Settlement.

2.      By May 7, 2026, Defendant shall, for the purpose of facilitating Notice, (i) notify Class Counsel whether there are any updates to the list of last known addresses and email addresses for each Class Member that was provided for purposes of distributing the class notice that was sent on December 9, 2025, as described in Filing No. 318, and (ii) provide to Class Counsel a list of updated last known addresses and email addresses for each Class Member whose address or email address has changed since that previous disclosure, as contemplated by the Settlement Agreement to effectuate the Notice Plan.

3.      The Third Party Settlement Administrator shall provide Notice consistent with the notice plan contained in the Settlement Agreement. Notice shall be disseminated to Class Members beginning no later than fourteen (14) calendar days after Defendant provides Class Counsel with the disclosure of Class Member information as set forth in the prior paragraph of this order.

## Settlement Administration

4.      The Court appoints Analytics, LLC to serve as the Third Party Settlement Administrator. Analytics, LLC shall supervise and administer the notice procedures, assist with distributing cash payments according to the processes and criteria set forth in the Settlement Agreement, and perform any other duties that are reasonably necessary and/or provided for in the Settlement Agreement.

2

5.      Class Members who wish to object to the Settlement must object in writing and clearly identify (i) the case name and number of the Action; (ii) the full name, address, telephone number, and email address of the objecting Class Member and, if represented by counsel, of his/her counsel; (iii) a statement of whether the objection applies only to the objector, to a specific subset of the class, or to the entire class; (iv) a statement of the specific grounds for the objection, including any legal and factual support for the objector's standing and the objection and any evidence in support of the objector's standing and the objection; (v) a statement of whether the objecting Class Member intends to appear at the Fairness Hearing, and if so, whether personally or through counsel; and (vi) the objector's signature. Objections must be filed with the Court by the Objection Deadline, which the Class Notice will identify as the date forty-five (45) days from the first date upon which the Class Notice is disseminated, to the Court at the following address: U.S. District Court, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE 68102.

**<u>Fairness Hearing</u>**

6.      The Fairness Hearing shall be held by the Court on August 17, 2026, at 1:30 P.M. in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Senior Judge Joseph F. Bataillon to determine whether the proposed settlement of the Action on the terms set forth in the Settlement should be approved as fair, reasonable, adequate, and in the best interests of the Class Members; whether Class Counsel's motion or application for an Attorney's Fees and Costs Award and application for the Case Contribution Awards should be approved; and whether final judgment approving the Settlement and dismissing the Action on the merits with prejudice against Plaintiffs, Defendant, and the Class Members should be entered. The Fairness Hearing may, without further notice to the Class Members (except to those who have filed timely

3

and valid objections and requested to speak at the Fairness Hearing), be continued or adjourned by order of the Court.

7.    Any Class Member who timely submits an objection has the option to appear and request to be heard at the Fairness Hearing, either in person or through the objector's counsel. Any objector wishing to appear and be heard at the Fairness Hearing must include a notice of intention to appear in the body of the objector's objection. Objectors who fail to submit or include such timely notice of intention to appear may not speak at the Fairness Hearing without permission of the Court.

8.    By June 22, 2026, Class Counsel shall file all papers in support of the application for the Attorney's Fees and Costs Award and/or for Case Contribution Awards. All opposition papers shall be filed by July 6, 2026, and any reply papers shall be filed by July 20, 2026.

9.    By July 22, 2026, the Parties shall file all papers in support of the application for the Final Approval Order and Final Judgment.

10.    Class Counsel and Defendant's counsel are hereby authorized to use all reasonable procedures in connection with the administration of the Settlement that are not materially inconsistent with either this Order or the Settlement Agreement.

11.    The Settlement Agreement, this Order, and the Settlement itself, including any act performed or document executed or filed pursuant to or in furtherance of the Settlement Agreement or the Settlement, shall not be, and may not be deemed to be or used as, an admission of, or evidence of, the validity or lack thereof of any Released Claim, or of any wrongdoing, fault, or liability of Defendant. This Order shall not be admissible in any proceeding for any purpose.

4

12.    Preservation of Termination Rights. Nothing in this Order shall be construed to abridge, limit, or otherwise affect any Party's rights under Section 13 of the Settlement Agreement, including but not limited to the Parties' right to terminate the Settlement Agreement pursuant to § 13.1 of the Settlement Agreement if the Court declines to approve or modifies the Settlement. In the event of any termination of the Settlement Agreement pursuant to Section 13, Section 13.2 of the Settlement Agreement shall govern, and the Action shall revert to its status as of January 13, 2026, and all Releases shall be null and void.  Accordingly,

IT IS ORDERED:

1)  The Joint Motion for Preliminary Approval, Filing No. 356 in Case No. 4:21cv3124 and Filing No. 359 in Case No. 8:22cv210, is granted as set forth herein;

2)  The matter is set for a final fairness hearing on **August 17, 2026, at 1:30 P.M**. in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Senior Judge Joseph F. Bataillon.  The hearing previously set for June 29, 2026, is canceled.

Dated this 23rd day of April, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge