IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHARLES WALDSCHMIDT, and NANCY POLLARD, as Personal representative of CHARLIE GRIGG;

Plaintiffs,

vs.

UNION PACIFIC RAILROAD CO.,

Defendant.

**4:21CV3124**
**8:22CV210**

**ORDER**

Upon review of the Plaintiffs' unopposed motion to approve technical adjustments to the settlement regarding payments to deceased class members, Filing No. 377, the Court finds such motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's Unopposed Motion to Approve Technical Adjustments to Settlement Regarding Payments to Deceased Class Members, Filing No. 377 in 4:21CV3124 and Filing No. 381 in 8:22CV210, is granted.
2) The parties are permitted to pay the settlement proceeds for the two deceased class members to their estates, without any tax withholding, and to report the same using IRS Form 1099s.
3) All other matters in the order granting final approval of class action settlement and judgment remain unchanged.

Dated this 3rd day of September, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge