IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHARLES WALDSCHMIDT, and NANCY POLLARD, as Personal representative of CHARLIE GRIGG;

Plaintiffs,

vs.

UNION PACIFIC RAILROAD CO.,

Defendant.

**4:21CV3124**
**8:22CV210**

**ORDER**

Upon review of the Plaintiffs' unopposed motion to approve technical adjustments to the settlement regarding payments to deceased class members, Filing No. 380, the Court finds such motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's Unopposed Motion to Approve Technical Adjustments to Settlement Regarding Payments to Deceased Class Members, Filing No. 380 in 4:21CV3124 and Filing No. 384 in 8:22CV210, is granted.
2) The deadline for Defendant to make said payments is extended by agreement of the parties to October 15, 2026.
3) The parties are permitted to pay the settlement proceeds for the three named deceased class members to their beneficiaries, without any tax withholding, and to report the same using IRS Form 1099s.
4) All other matters in the order granting final approval of class action settlement and judgment remain unchanged.

Dated this 6th day of October, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge